```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA                :
                                        :
                                        :       19-cr-323 (JSR)
            -against-                   :
                                        :          ORDER
JERVIS CIRINO,                          :
                                        :
                        Defendant.      :
                                        :
----------------------------------------X
```

JED S. RAKOFF, U.S.D.J.,

It is hereby ORDERED that the sentencing of Jervis Cirino, scheduled for Friday, July 17, 2020 at 4:00 pm will now proceed via Skype for Business. To access the conference, paste the following link into your browser: https://meet.lync.com/fedcourts-nysd/laura_portuondo/K6RMTO0J .

To use this link, you may need to download software to use Skype's videoconferencing features.[1] Participants are directed to test their videoconference setup in advance of the conference -- including their ability to access the link above. Users who do not have an Office 365 account may use the "Join as Guest" option. When you successfully access the link, you will be placed in a "virtual lobby" until the conference begins. Participants should also ensure that their webcam, microphone,

---

[1] See Microsoft, Install Skype for Business (last visited Apr. 29, 2020), https://support.office.com/en-us/article/install-skype-for-business-8a0d4da8-9d58-44f9-9759-5c8f340cb3fb.

1

and headset or speakers are all properly configured to work with Skype for Business. For further instructions concerning Skype for Business and general guidelines for participation in video and teleconferencing, visit https://nysd.uscourts.gov/covid-19-coronavirus.

If you intend to join the conference from an Apple device, you should ensure that you are running a version of Skype for Business that was published on or after April 28, 2020.[2] Users running earlier versions have encountered an issue in which Skype for Business does not receive any inputs from the computer's microphone, and they cannot be heard by other participants.

IT IS FURTHER ORDERED that members of the press, public, or counsel who are unable to successfully access Skype for Business, may access the conference audio using the following credentials:

    Call-in number: 917-933-2166

    Conference ID: 923255390

    SO ORDERED.

Dated:    New York, NY

          July 9, 2020

---

[2] See, e.g., Microsoft, Skype for Business on Mac (last visited May 5, 2020), https://www.microsoft.com/en-us/download/details.aspx?id=54108.

                                                              _____
                                                                  Jed S. Rakoff
                                                            United States District Judge