UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| -v- : | 19-cr-323 (JSR) |
| JERVIS CIRINO, : | ORDER |
| : | |
| Defendant. | |

------------------------------------------------------X

JED S. RAKOFF, U.S.D.J.

UPON the application of defendant Jervis Cirino;

IT IS HEREBY ORDERED that Mr. Cirino's current surrender date of January 26, 2021 is extended by 90 days;

IT IS FUTHER ORDERED that Mr. Cirino shall surrender for service of his sentence at the institution designated by the Bureau of Prisons before 2 p.m. on April 26, 2021; and

IT IS FURTHER ORDERED that this very lengthy extension (which the Government opposed and which comes on the heels of a prior extension) is expressly conditioned on defendant's agreement that he will not seek any further extension of his surrender date barring truly extraordinary circumstances (which does not include COVID-related circumstances of the kind that led to this extension).

SO ORDERED.

Dated: New York, NY

January 5, 2021

_____
JED S. RAKOFF, U.S.D.J.