**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

       -against-

JERVIS CIRINO,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

19 Cr. 323 (GBD)

GEORGE B. DANIELS, United States District Judge:

In light of this Court continuing sentencing in Defendant's related criminal matter, *see*

*United States v. Cirino*, 25 Cr. 490, ECF No. 34, sentencing on Defendant's Violation of

Supervised Release, currently scheduled for February 25, 2026, is hereby adjourned to April 7,

2026, at 10:00 a.m.

Dated: New York, New York
      February 24, 2026

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge